[No. 28861-3-II. Division Two. March 9, 2004.]

SUSAN SCHEER-ERICKSON, *Respondent*, v. CINDY HAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-01959-0, Anna M. Laurie, J., entered May 21, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 28886-9-II. Division Two. March 9, 2004.]

BUSINESS SERVICES OF AMERICA II, INC., *Appellant*, v. WAFERTECH, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-02045-I, James D. Ladley, J. Pro Tem., entered June 6, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29769-8-II. Division Two. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ERIC COONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02091-9, Katherine M. Stolz, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt C.J., and Seinfeld, J.

[No. 29847-3-II. Division Two. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY JUNIOR JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02788-3, Frederick W. Fleming, J., entered February 14, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.